UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:12-cr-0417-APG-VCF |
|---|---|
| Plaintiff, | **ORDER EXTENDING DEADLINE FOR SURRENDER FOR SERVICE OF SENTENCE** |
| v. | |
| ARTHUR KENNETY RISSER, JR., | |
| Defendant. | |

The Judgment entered in this case on December 17, 2013 requires Defendant to surrender for service of his sentence on or before 12:00 p.m. on March 14, 2014. The Court has learned that Defendant's wife recently passed away, as has his lawyer. Defendant needs additional time before surrendering to make arrangements for his wife's estate and his property to be cared for while he is incarcerated. Defendant has not violated the terms of his supervised release. The United States Attorneys' Office does not object to a reasonable extension of Defendant's surrender date. Good cause appearing,

IT IS HEREBY ORDERED that the Judgment is amended such that Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons before **12:00 p.m. on May 12, 2014.**

Dated: March 7, 2014.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE